## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Wences Cardoso Ortiz, et al.
                    Plaintiff,

v.                                    Case No.: 1:16–cv–02891
                                      Honorable John Robert Blakey

Kojak's Incorporated, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2016:

    MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' stipulation [18], this case is hereby dismissed with prejudice under Rule 41(a). The status hearing previously set for 9/14/16 is stricken, and the parties need not appear. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.